```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF

  vs.                     No. 2:03CR20047-002

ISIDRO GARAY-PEREZ                                    DEFENDANT

## ORDER FOR REMISSION OF FINE

Now on this 17th day of May, 2011, comes on to be considered the United States' Petition for Remission of Fine (doc. 76). The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On March 10, 2004, Defendant was sentenced to fifty-seven months incarceration with credit for time served, five years of supervised release with anticipated deportation, a $100.00 special assessment and a $1,500.00 fine. The United States collected a total of $70.00 while the defendant was incarcerated in the Bureau of Prisons.

2. The United States moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine...
> are not likely to be effective, the court may, in the interest of justice - -
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties. This statute shall apply to all fines and assessments, irrespective of the date of imposition."

3. The United States states that the Defendant was deported on March 10, 2005, and that there is no reasonable likelihood that

the fine can be collected.

    4.  Upon due consideration, the United States' Petition for Remission of Fine is hereby granted and Defendant's fine is remitted.

    IT IS SO ORDERED.

                                            /s/ Robert T. Dawson  
                                            HONORABLE ROBERT T. DAWSON  
                                            UNITED STATES DISTRICT JUDGE